**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2023

**BY ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Rafael Montedeoca*, 23 Cr. 219 (ALC)

Dear Judge Court,

    The parties write to request an adjournment of the status conference scheduled for June 15, 2023 at noon, in the above referenced matter. The parties need additional time to engage in discussions regarding a pretrial resolution of this matter. The Government understands from Court staff that the Court is available on June 28, 2023 at 4 p.m. to hold the next conference.

Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from June 15, 2023, until June 28, 2023. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue negotiations regarding a possible pretrial resolution of this matter. Defense counsel consents to the exclusion of time

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

           by:   Camille L. Fletcher
                 Camille L. Fletcher
                 Assistant United States Attorney
                 Southern District of New York
                 (212) 637-2383

The entire application is **GRANTED**. The status conference is adjourned to 6/28/23 at 4:00 p.m. Time excluded from 6/15/23 to 6/28/23 in the interest of justice.
So Ordered.

*[signed] Andrew L. Carter*  6/14/23