```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
UNITED STATES DISTRICT COURT                        FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
------------------------------------------------x   DATE FILED: 10-11-23
```

UNITED STATES OF AMERICA,

                       Plaintiff,

     -against-                             23-CR-219 (ALC)

RAFAEL MONTEDEOCA,                         **ORDER**

                      Defendant.

------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

      The Sentencing scheduled for October 10, 2023 is adjourned to **October 24, 2023** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
             October 10, 2023

                                                        _____
                                                         ANDREW L. CARTER, JR.
                                                        **United States District Judge**