**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2024

**BY ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/13/24__

> **Re:** *United States v. Rafael Montedeoca*, **23 Cr. 219 (ALC)**

Dear Judge Carter,

Due to the press of business, including the undersign's trial schedule, the Government writes to request an extension to respond to the defendant's pending 28 U.S.C. §2255 motion (dkt. no. 25), which is currently due on December 17, 2024. The Government respectfully requests until February 4, 2025, to respond to the motion. This is the Government's first request for an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  __Camille L. Fletcher__
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

The application is **GRANTED**.
So Ordered.

*(signature)* 12/13/24